ORIGINAL

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 28 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| HALIMA ELKHAYAM, Individually and SAID BENMENSOUR as Next Friend of YASSLIN BENMENSOUR, § § § § | |
| Plaintiffs, § § | |
| v. § § | Civil Action No. 3:04-CV-50-K |
| LUFTHANSA GERMAN AIRLINES, § § § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendations of the of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, the parties' proposed settlement will be accepted as in the best interest of the minor Plaintiff.

SO ORDERED this ___ day of ___April___, 2005.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE